# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  November 6, 2014                    518390
_____

In the Matter of CHARLES
    GORDON,
                    Petitioner,

        v                              MEMORANDUM AND JUDGMENT

STATE OF NEW YORK DEPARTMENT
    OF CORRECTIONS AND
    COMMUNITY SUPERVISION,
                    Respondent.
_____

Calendar Date:  September 16, 2014

Before:  Peters, P.J., Stein, McCarthy, Lynch and Clark, JJ.

_____

        Charles Gordon, Marcy, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Kathleen M. Treasure of counsel), for respondent.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Stein, McCarthy, Lynch and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court